UNITED STAT ES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United State District Court
Southern D    rict of Texas
            D

               2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   M-18-1488-S1-02 |
| | § | |
| CONSUELO TERESITA ZAMARRIPA | § | |
| also known as Consuelo Teresita ~~Zamarripa~~ Ramirez | § | |

## NOTICE OF PLEA AGREEMENT

COMES NOW the United States of America, hereinafter referred to as "the Government,"

by and through its United States Attorney for the Southern District of Texas and its Assistant

United States Attorney assigned to this matter, and would respectfully show the Court that the

Government and the Defendant have entered into the following plea agreement:

1.    Defendant agrees:

    a.    to plead guilty to Count One of the Superseding Indictment; and

    b.    to waive any and all interest in the asset(s) listed in the Notice of Forfeiture
and to the judicial or administrative forfeiture of any and all firearms,
weapons, and ammunition, seized in connection with the case, including but
not limited to two thousand rounds of 7.62 x 39 mm caliber ammunition.
Defendant agrees to waive any and all procedural notice requirements for
forfeiture.

2.    The Government will recommend:

    a.    that the offense level decrease by 2 levels pursuant to U.S.S.G. § 3E1.1(a)
if the defendant clearly demonstrates acceptance of responsibility and

    b.    that the remaining count of the Superseding Indictment be dismissed at the
time of sentencing.

If the Defendant is not a citizen of the United States of America, a plea of guilty may result

in removal from the United States, denial of citizenship and denial of admission to the United

States in the future.   If the Defendant is a naturalized United States citizen, a plea of guilty may

result in denaturalization.

This document states the complete and only Plea Agreement between the United States of

America and the Defendant, and is binding only on the parties to this Agreement, and it supersedes

all prior understandings, if any, whether written or oral, and cannot be modified other than in writing and signed by all parties or on the record in Court.   No other promises or inducements have been or will be made to the Defendant in connection with this case, nor have any promises or threats been made in connection with this plea.

## ACKNOWLEDGMENTS:

I have read this agreement and carefully reviewed every part of it with my attorney.   If I have difficulty understanding the English language, I have had a person fluent in the Spanish language interpret this agreement to me.

Date: ___11|28|18___                    Defendant: _____

I am the Defendant's counsel.   I have carefully reviewed every part of this agreement with the Defendant.   I certify that this agreement has been translated to my client by a person fluent in the Spanish language if my client is unable to read or has difficulty understanding the English language.

Date: ___11|28|18___                    _____
                                         Counsel for Defense

For the United States of America:

RYAN K. PATRICK
United States Attorney

_____
David A. Lindenmuth
Assistant United States Attorney

APPROVED BY:

_____
James H. Sturgis
Assistant United States Attorney in Charge